E-FILED: **8/25/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GARY DAVIS,** | ) | **CASE NO. CV 08-5692-GHK (JCx)** |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| **HSBC BANK NEVADA, N.A., et al.,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    Pursuant to Plaintiff Gary Davis's October 26, 2009 Notice of Voluntary Dismissal, Defendants HSBC Finance Corporation and Best Buy Co., Inc. are **DISMISSED without prejudice**.

    Pursuant to our August 25, 2010 Order granting the Motion to Dismiss, Defendants HSBC Bank Nevada, N.A. and Best Buy Stores, L.P. are **DISMISSED with prejudice**.

    **IT IS SO ORDERED**.

DATED: August 25, 2010

_____
GEORGE H. KING
United States District Judge